IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL MINTON,
FDOC Inmate No. 925142,
    Plaintiff,

vs.                              Case No.: 3:17cv470/RV/EMT

ESCAMBIA COUNTY FLORIDA, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 26, 2018 (ECF No. 20). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 21), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** as malicious,

pursuant to 28 U.S.C. § 1915A(b)(1); and

    3.    The clerk will enter judgment accordingly and close this case.

**DONE AND ORDERED** this 17th day of December, 2018.

          /s/ *Roger Vinson*
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**